UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:05-cv-10479-FDS

In Re:
GEORGE J. VASILIADES                Bankruptcy Appeal
    Debtor


GEORGE J. VASILIADES
    Appellant

v.

KATHLEEN DWYER, CHAPTER 7 TRUSTEE
OF GEORGE J. VASILIADES
    Appellee


MOTION OF APPELLANT WITH CONSENT OF APPELLEE
FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

To the Honorable Judge F. Dennis Saylor, IV, United States District Judge:

    Now comes George J. Vasiliades by and through his undersigned Counsel and respectfully requests that this Court extend the deadline for filing the appellate briefs in this matter and submits the following in support thereof:

    1. On March 3, 2005, this Court received the Notice of Appeal from the United States Bankruptcy Court. According to a search of the docket on April 27, 2005, there was an order placed on the docket scheduling time for the brief of the Appellant to be filed by March 31, 2005, the Appellee's Brief was to be filed by April 15, 2005 and the Reply Brief of the Appellant, if any, was to be filed by April 25, 2005.

2. Neither the undersigned nor the Appellee received that scheduling order.

3. The Appellee does not have an objection to the extension requested herein.

WHEREFORE, for the reasons set forth above, the Appellant respectfully requests that this Court revise the briefing schedule so that the Appellant's Brief is due on May 31, 2005, the Appellee's Brief is due on June 15, 2005 and the reply brief of the Appellant, if any, to be due on June 27, 2005.

Respectfully submitted
George J. Vasiliades
By his Counsel,

Dated: May 2, 2005

Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston MA  02110
(617) 330-1960
(BBO107600)
gwc@cruickshank-law.com

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the foregoing Motion has been served, by facsimile and regular United States mail, postage prepaid, upon Kathleen P. Dwyer, Atty., McLean, Holloway, Doherty, Ardiff & Morse, Box 550, 8 Essex Center Drive, Peabody, Massachusetts 01960.

Dated: May 2, 2005

Gary W. Cruickshank, Esq.