```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                    CIVIL ACTION NO. 1:05-CV-10479-FDS
```

In re:

GEORGE J. VASILIADES,
    Debtor

GEORGE J. VASILIADES,
    Appellant

v.

KATHLEEN P. DWYER, CHAPTER 7
TRUSTEE OF GEORGE J. VASILIADES,
    Appellee

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Appellee, Kathleen P. Dwyer, Chapter 7 Trustee of George J. Vasiliades, in the above-entitled case.

```
                        Respectfully submitted,
                        KATHLEEN P. DWYER, CHAPTER 7
                        TRUSTEE OF GEORGE J. VASILIADES,
                        By her attorney,


                        /s/ Thomas J. Flannagan
                        Thomas J. Flannagan, BBO #564328
                        MacLEAN HOLLOWAY DOHERTY
                        ARDIFF & MORSE, P.C.
                        8 Essex Center Drive
                        Peabody, MA 01960
Dated:  June 13, 2005   (978) 774-7123
                        tflannagan@mhdpc.com
```

CERTIFICATE OF SERVICE

I, Thomas J. Flannagan, attorney for the Appellee, herein, hereby certify that I served a copy of the within NOTICE OF APPEARANCE by mailing the same, postage prepaid, to the following:

>Gary W. Cruickshank, Esq.
>21 Custom House Street
>Suite 920
>Boston, MA 02110

Dated:  June 13, 2005

>/s/ Thomas J. Flannagan
>Thomas J. Flannagan