UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**George Vasiliades,**
       **Appellant,**

                                                      CIVIL ACTION

     **V.**
                                                      NO. **05-10479-FDS**

**Kathleen Dwyer,**
       **Appellee,**

**ORDER OF DISMISSAL**

**Saylor, D. J.**

    In accordance with the Court's Memorandum and Order dated **5/23/06** , affirming the decision of the Bankruptcy Court, it is hereby ORDERED that the above-entitled appeal be and hereby is dismissed.

                                                                        By the Court,

      **5/23/06**                                               **/s/ Martin Castles**
       **Date**                                                   **Deputy Clerk**